**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

PAMELA SAVAGE,

       Plaintiff,

v.                                                                  CASE NO. 6:11-CV-792-Orl-36DAB

OAK MINOR, INC.,

       Defendant.
_____/

## **ORDER**

This cause comes before the Court on the Report and Recommendation of Magistrate Judge David A. Baker, filed on March 14, 2012 (Doc. 23). In the Report and Recommendation, Judge Baker recommends that Attorney Eric Frommer's Motion to Withdraw as Counsel (Doc. 22) be denied and Plaintiff Pamela Savage's Complaint (Doc. 1) be dismissed for failure to prosecute. Neither party has objected to the Report and Recommendation and the time to do so has expired.

The Court is in agreement with the Magistrate that this case should be dismissed for failure to prosecute. *See* M.D.Fla. Local Rule 3.10(a). Plaintiff and her counsel have engaged in a pattern of failing to prosecute this action, including failing to comply with the Court's Scheduling Order (Doc. 17) and the terms of the Order to Show Cause (Doc. 21). Thus, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 23) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Attorney Eric Frommer's Motion to Withdraw as Counsel (Doc. 22) is **DENIED**.

3. This action is **DISMISSED** for failure to prosecute**.**

4. The Clerk is directed to terminate all deadlines, enter judgment accordingly, and close this case.

**DONE AND ORDERED** at Orlando, Florida on April 2, 2012.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD